UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | 1:03-cv-1397-SEB-VSS |
| ) | IP 02-053-CR-02-B/F |
| BILLY CONN, ) | |
| ) | |
| Defendant. ) | |

# J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the action docketed as No. 1:03-cv-1397-SEB-VSS is **DISMISSED WITH PREJUDICE.**

Date: 06/15/2005

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Billy J. Conn
No. 06812-028
U.S.P. Canaan
P.O. Box 300
Waymart, PA 18472

Gerald A. Coraz
Office of the United States Attorney
10 West Market Street, Suite 2100
Indianapolis, IN  46204-3048